IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Glow Industries, Inc.,            Case No. 3:05 CV 7425

           Plaintiff,            <u>DISMISSAL ORDER</u>

           -vs-            JUDGE JACK ZOUHARY

Classic Imports, Inc.,

           Defendant.

December 18, 2006: A pretrial with parties and counsel resulted in a settlement (see transcript of proceedings).

IT IS THEREFORE ORDERED that the docket be marked "Settled and dismissed without prejudice. Each party is to bear its own costs."

IT IS FURTHER ORDERED that any subsequent Dismissal filed within thirty (30) days setting forth specific settlement terms and conditions shall supersede this Order. The Court retains jurisdiction to enforce the terms of the settlement or to vacate this Order upon good cause shown that settlement has not been completed.

IT IS SO ORDERED.

           s/ *Jack Zouhary*
           JACK ZOUHARY
           U. S. DISTRICT JUDGE